(February 4, 1987)

■ In the Matter of MARIO MEROLA, Petitioner, v DAVID STADTMAUER et al., Respondents.—Application for a writ of prohibition unanimously denied, the petition dismissed, and the order of Justice Stadtmauer confirmed, without costs and without disbursements. While we disagree with Trial Term's ruling, neither prohibition nor declaratory judgment lie. (Matter of State of New York v King, 36 NY2d 59; Matter of Morgenthau v Erlbaum, 59 NY2d 143.) No opinion. Concur— Murphy, P. J., Sandler, Asch, Milonas and Rosenberger, JJ.